IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ANGELA DAY | * |
| PLAINTIFF | * |
| | *   CIVIL ACTION NO. _____ |
| VS. | * |
| | * |
| WELLS FARGO BANK, NA, EQUIFAX | * |
| INFORMATION SERVICES LLC, | *   COMPLAINT AND |
| EXPERIAN INFORMATION SOLUTIONS, | *   DEMAND FOR A JURY TRIAL |
| INC., JP MORGAN CHASE BANK, NA, | * |
| AND WASHINGTON MUTUAL BANK | * |
| DEFENDANTS | * |

# COMPLAINT

Plaintiff, Angela Day, on her own behalf, complains as follows against defendants Wells Fargo Bank, NA, Equifax Information Services LLC, Experian Information Solutions, Inc., JP Morgan Chase Bank, NA, and Washington Mutual Bank.

1.

Plaintiff Angela Day ("plaintiff") is a consumer as defined by the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681a(c) who resides in East Baton Rouge Parish.

2.

Defendant Wells Fargo Bank, NA ("Wells Fargo") is a person(s) who furnishes information to consumer reporting agencies under the FCRA, 15 U.S.C. § 1681s-2. Wells Fargo is a national bank doing business in the state of Louisiana, whose president is Kathy Clark, 101 North Phillips Avenue, Sioux Falls, SD 57104.

3.

Defendant Equifax Information Services L.L.C.. ("Equifax") is a consumer reporting agency

as defined by the FCRA, 15 U.S.C. § 1681a(f). Equifax is a foreign corporation authorized to do and doing business in the state of Louisiana, whose registered agent for service of process in Louisiana is Corporation Service Company, 320 Somerulos Street, Baton Rouge, Louisiana 70802-6129.

4.

Defendant Experian Information Solutions, Inc. ("Experian") is a consumer reporting agency as defined by the FCRA, 15 U.S.C. § 1681a(f). Experian is a foreign corporation authorized to do and doing business in the state of Louisiana, whose registered agent for service of process in Louisiana is CT Corporation, 8550 United Plaza Blvd., Baton Rouge, Louisiana 70809.

6.

Defendant JP Morgan Chase Bank, National Association ("JP Morgan Chase") is a person(s) who furnishes information to consumer reporting agencies under the FCRA, 15 U.S.C. § 1681s-2. JP Morgan Chase is a national bank doing business in Louisiana whose president and chief executive officer is James Dimon, 1111 Polaris Parkway, Columbus, Ohio 43240.

7.

Defendant Washington Mutual Bank ("WAMU") is a person(s) who furnishes information to consumer reporting agencies under the FCRA, 15 U.S.C. § 1681s-2. WAMU is a national bank doing business in Louisiana whose chief executive officer is Kerry Killinger, 1301 Second Avenue, Seattle, WA 98101.

8.

Defendants Equifax and Experian have each prepared and issued consumer credit reports concerning plaintiff. Plaintiff has notified defendants that she disputes the accuracy or completeness of the information contained in the report on plaintiff.

9.

Plaintiff filed for protection under the United States Bankruptcy Code, Chapter 7, in 2005 and listed the accounts she had with Wells Fargo, JP Morgan Chase, and WAMU (formerly Providian National Bank, to which it is the successor).

10.

Since receiving her bankruptcy discharge, plaintiff has disputed accounts that were discharged in bankruptcy to defendants Equifax and Experian, including Wells Fargo, JP Morgan Chase, and WAMU.

11.

Since the discharge, the Wells Fargo, JP Morgan Chase, and WAMU accounts have been reported incorrectly.

12.

For each of plaintiff's disputes, Equifax and Experian, notified Wells Fargo, JP Morgan Chase, and WAMU of plaintiff's disputes pursuant to section 1681i(a) of the FCRA.

13.

In response to plaintiff's disputes received from Equifax and Experian, Wells Fargo, JP Morgan Chase, and WAMU verified the reporting of these accounts wrongfully on at least one occasion, to Equifax and Experian.

14.

Despite plaintiff's disputes, Equifax and Experian maintained the Wells Fargo, JP Morgan Chase, and WAMU accounts in the wrong reporting status on plaintiff's consumer reports.

15.

Despite plaintiff's account with defendant Wells Fargo being discharged, Wells Fargo continues to pull or obtain numerous consumer reports on plaintiff from Equifax and another consumer reporting agency, Trans Union, LLC, all without a permissible purpose under the FCRA.

FIRST CLAIM FOR RELIEF

(Against Defendants Wells Fargo, JP Morgan Chase, and WAMU)

16.

Plaintiff realleges and incorporates paragraphs 1 through 15.

17.

Defendants Wells Fargo, JP Morgan Chase, and WAMU each negligently and willfully failed to comply with the requirements of FCRA in 15 U.S.C. § 1681s-2(b).

18.

Defendant Wells Fargo negligently and willfully failed to comply with the requirements of FCRA in 15 U.S.C. § 1681b(f).

19.

As a result of defendants Wells Fargo, JP Morgan Chase, and WAMU failure to comply with the requirements of FCRA, plaintiff has suffered actual damages, damage to her reputation and emotional distress for which she seeks damages in an amount to be determined by the jury. Plaintiff also seeks punitive damages in an amount to be determined by the jury.

20.

Plaintiff requests her attorney fees pursuant to 15 U.S.C. §1681n(a) and §1681o(a).

SECOND CLAIM FOR RELIEF

(Against Defendants Equifax and Experian)

21.

Plaintiff realleges and incorporates paragraphs 1 through 15.

22.

Defendants Equifax and Experian negligently and willfully failed to comply with the requirements of FCRA, including but not limited to:

a) failing to follow reasonable procedures to assure maximum possible accuracy of the information in consumer reports concerning plaintiff, as required by 15 U.S.C. § 1681e(b); and

b) failing to comply with the reinvestigations requirements in 15 U.S.C. § 1681i(a).

23.

As a result of defendants Equifax's and Experian's failures to comply with the requirements of the FCRA plaintiff has suffered actual damages, damage to her reputation and emotional distress for which she seeks damages in an amount to be determined by the jury. Plaintiff also seeks punitive damages in an amount to be determined by the jury.

24.

Plaintiff requests her attorney fees pursuant to 15 U.S.C. § 1681n(a) and §1681o(a).

25.

Plaintiff demands a jury trial on all claims.

WHEREFORE, plaintiff prays for judgment against defendants as follows:

On the First Claim of Relief:

1. Actual damages against defendants Wells Fargo, JP Morgan Chase, and WAMU in amounts to be determined by the jury;

2.  The greater of actual damages or statutory damages of $100 to $1000 from defendant Wells Fargo for its violations of section 1681b(f) of the FCRA;

3.  Punitive damages from each defendant in amounts to be determined by the jury;

4.  Attorney fees; and

5.  Costs and expenses incurred in the action.

On the Second Claim for Relief:

1.  Actual damages against defendants Equifax and Experian Information Solutions, Inc. in amounts to be determined by the jury;

2.  Punitive damages in an amount to be determined by the jury;

3.  Attorney fees; and

4.  Costs and expenses incurred in the action.

> s/Garth J. Ridge
> **GARTH J. RIDGE**
> Attorney for Plaintiffs
> Bar Roll Number: 20589
> 251 Florida Street, Suite 301
> Baton Rouge, Louisiana 70801
> Telephone Number: (225) 343-0700
> Facsimile Number: (225) 343-7700
> E-mail: GarthRidge@aol.com