IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

ANGELA DAY     *
PLAINTIFF     *
    *
VS.     *
    *    CIVIL ACTION NO: 07-471-RET-CN
WELLS FARGO BANK, NA, EQUIFAX     *
INFORMATION SERVICES LLC,     *
EXPERIAN INFORMATION SOLUTIONS, *
INC., JP MORGAN CHASE BANK, NA,     *
AND WASHINGTON MUTUAL BANK     *
DEFENDANTS     *

## ORDER

THE FOREGOING MOTION CONSIDERED, it is hereby ordered that plaintiff's claims against Experian Information Solutions, Inc. are dismissed with prejudice.

Baton Rouge, Louisiana this 8th day of May, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT