## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

ANGELA DAY                                          *
PLAINTIFF                                           *
                                                    *
VS.                                                 *
                                                    *   CIVIL ACTION NO: 07-471-RET-CN
WELLS FARGO BANK, NA, EQUIFAX             *
INFORMATION SERVICES LLC,                 *
EXPERIAN INFORMATION SOLUTIONS,*
INC., JP MORGAN CHASE BANK, NA,    *
AND WASHINGTON MUTUAL BANK           *
DEFENDANTS                                      *

## ORDER

THE FOREGOING NOTICE CONSIDERED, it is hereby ordered that plaintiff's claims

against Wells Fargo Bank, NA, and this action, are dismissed with prejudice.

Baton Rouge, Louisiana this 3ʳᵈ day of July , 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT